THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON *et al.*,

Plaintiffs,

v.

PACIFIC ENVIRONMENTS CORP. *et al.*,

Defendants.

CASE NO. C19-1318-JCC

ORDER

This matter comes before the Court on Plaintiffs' motion for default judgment (Dkt. No. 14). Having thoroughly considered the motion and the relevant record, the Court FINDS as follows:

1. Defendants were properly served in this matter on or about August 28, 2019, and September 11, 2019 (Dkt. Nos. 6, 7, 8, 9);
2. The Clerk entered an order of default against Defendants on November 28, 2019 (Dkt. No. 12); and
3. Defendants have failed to appear or otherwise defend in this action.

Accordingly, Plaintiffs' motion for entry of default judgment (Dkt. No. 14) is GRANTED in its entirety. The Court further FINDS and ORDERS as follows:

4. Defendant Pacific Environments Corp. is liable to Plaintiffs under the provisions of the

ORDER
C19-1318-JCC
PAGE - 1

collective bargaining and trust agreements that govern the parties' relationship in this matter;

5. Defendant Pacific Environments Corp. is liable to Plaintiffs for $251,188.62, consisting of $213,902.91 in fringe benefit contributions, $25,720.87 in liquidated damages, and $11,564.84 in accrued prejudgment interest for the period of February 1, 2019 through August 31, 2019;

6. Defendant Pacific Environments Corp. is liable to the Plaintiffs for $11,609.50 in attorney fees under 29 U.S.C §1132(g)(2)(D) and $1,865.00 in costs directly related to this action;

7. Defendants Mario R. Bonilla a/k/a Mario R. Bonilla Camey, Felipe Fernandez a/k/a Felipe Fernandez Camey, and Karely Hernandez a/k/a Karla Karely Hernandez have joint and several liability under Washington law for all amounts owed by Defendant Pacific Environments Corp., as they are general partners of Defendant Pacific Environments Corp.;

8. This judgment shall bear interest at the 12 percent per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. § 1132(g)(2);

9. The Clerk of Court is DIRECTED to enter judgment against Defendants Pacific Environments Corp., Bonilla, Fernandez, and Hernandez consistent with this order; and

10. The Clerk is DIRECTED to close this case.

DATED this 24th day of January 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE